ACCEPTED
03-13-00370-CV
4542026
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/18/2015 10:38:21 AM
JEFFREY D. KYLE
CLERK

CASE NO. 03-13-00370-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/18/2015 10:38:21 AM
JEFFREY D. KYLE
Clerk

STATE BOARD FOR EDUCATOR CERTIFICATION and
MICHAEL BERRY, THE ACTING CHIEF EXECUTIVE OFFICER OF
THE STATE BOARD FOR EDUCATOR CERTIFICATION, IN HIS OFFICIAL
CAPACITY ONLY,
*Appellant*,

v.

ERASMO MONTALVO,
*Appellee*.

On Appeal from the 200th Judicial District Court of Travis County, Texas;
Cause No. D-1-GN-12-002991; Before the Honorable Tim Sulak

**APPELLANT'S THIRD UNOPPOSED
MOTION TO EXTEND TIME TO FILE BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant, State Board for Educator Certification (Board), files its Third

Unopposed Motion to Extend Time to File Brief, pursuant to Tex. R. Appellate Proc.

10.5(b) and 38.6. In support hereof, the undersigned would respectfully show the

Court the following:

The Board's brief was originally due on December 20, 2013. The Board requested and received a forty-five day extension to February 3, 2014. The Board requested and received a second extension to March 5, 2014. The Court later granted the Board's unopposed motion to abate the appeal, pending a ruling by the Texas Supreme Court on other aspects of this case. On February 25, 2015, the Court sent notice that the Board's brief is due on March 27, 2015.

The basis for counsel's request is the following: the undersigned counsel was home sick the entire week of March 2, 2015, except for 4 hours on March 6. While the Office of the Attorney General was closed due to the expectation of inclement weather on March 5, 2015, counsel would have been unable to attend work even had the office been open.

Additionally, due to the critical illness of a member of counsel's family, counsel will be out of the office for several days to travel to New Jersey as soon as it can be arranged, causing further delay in completing her brief.

This request is not being made for purposes of delay only.

For the reasons stated above, the Board respectfully requests that the Court grant a 30–day extension of time in which to file Appellant's Brief, to April 27, 2015, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division


/s/ Ellen M. Sameth
ELLEN M. SAMETH
Assistant Attorney General
Texas State Bar No. 17555550
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-1838
Facsimile: (512) 457-4608
E-mail: ellen.sameth@texasattorneygeneral.gov
ATTORNEYS FOR STATE BOARD
FOR EDUCATOR CERTIFICATION


## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Mark Robinett, Appellee's counsel, on March 17, 2015, regarding this request and that Appellee is unopposed to the granting of the requested extension of time in which to file Appellant's Brief.

*/s/ Ellen M. Sameth*
ELLEN M. SAMETH

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2015, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

Mark W. Robinett
BRIM, ARNETT, ROBINETT.
CONNERS & McCORMICK, P.C.
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
mrobinett@brimarnett.com

/s/ *Ellen M. Sameth*
ELLEN M. SAMETH